UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-8858-DMG (PVCx)** | Date | January 14, 2022 |
|---|---|---|---|
| Title | *Taleatha Bennett v. 38604 10th Street East, LLC, et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER GRANTING MOTION TO WITHDRAW BY PLAINTIFFS' COUNSEL [37, 38, 40]**

On December 17, 2021, Odion Okojie of the Law Offices of Odion L. Okojie and David Iyalomhe of David Iyalomhe & Associates (collectively, "Counsel"), counsel of record for Plaintiffs Taleatha Bennett and Teila Sertin (collectively, "Plaintiffs"), filed a motion for leave to withdraw as counsel.   [Doc. ## 37, 38[1].]  A videoconference hearing was held on January 14, 2022 at 9:30 a.m.  Plaintiffs did not appear at the hearing.

"A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. L.R. 83-2.3.2.

Counsel seeks to withdraw as counsel for Plaintiffs on the grounds that continued representation has been rendered unreasonably difficult and there has been a breakdown in the attorney-client relationship.  Counsel believes that it would constitute an ethical and professional hardship to continue representing Plaintiffs.  Counsel attests that it has provided Plaintiffs with notice of its intent to withdraw, served Plaintiffs with the relevant filings, and informed Plaintiffs that they should timely file a notice of substitution of counsel should they retain new counsel. [Doc. ## 42 (Proof of Service); 43 (Okojie Decl.).]

Under California Rules of Professional Conduct ("CRPC") 1.16(b)(4), a client's conduct that renders it unreasonably difficult for the lawyer to carry out the representation effectively may serve as a valid ground for withdrawal.  Based upon Counsel's written submissions and the statements made on the record at the January 14, 2022 hearing, the Court finds that good cause exists for the withdrawal and that Counsel has taken adequate steps to inform Plaintiffs of the

---

[1] Plaintiffs' counsel filed a corrected notice as to Plaintiff Teila Sertin on December 21, 2021.  [Doc. # 40.]

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-8858-DMG (PVCx)** | Date | January 14, 2022 |
|---|---|---|---|
| Title | ***Taleatha Bennett v. 38604 10th Street East, LLC, et al.*** | Page | 2 of 2 |

withdrawal.  The Court hereby **GRANTS** Counsel's motion to withdraw as counsel for Plaintiffs, provided that Counsel timely files the proof of service described in this Order.

The Court orders Counsel to serve this Order on Plaintiffs and thereafter file a proof of service by no later than **January 21, 2022.**

## NOTICE TO PLAINTIFFS

Plaintiffs are advised that if they do not retain new counsel, they shall represent themselves, *pro se*.  If Plaintiffs proceed *pro se*, they shall be expected to comply with all Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. Local Rule 83-2.2.3.[2]

Plaintiffs are further **ORDERED TO SHOW CAUSE ("OSC")** why their case should not be dismissed for failure to comply with a Court order to appear for today's hearing and for failure to prosecute their action.  Plaintiffs shall file a response to the OSC by no later than **February 4, 2022.  Plaintiffs are advised that failure to timely and/or adequately respond shall result in dismissal of their action.**

IT IS SO ORDERED.

---

[2] The Court cannot provide legal advice to any party, including *pro se* litigants, i.e., parties who are not represented by a lawyer.  Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic is not open for in-person appointments during the pandemic).  *Pro se* litigants must call (213) 385-2977, ext. 270, or submit an on-line application to request services.  On-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|